IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00370-GPG

JOHNNY RAY CHANDLER, SR.,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al., and
MR. CHARLES SAMUELS, JR.,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Johnny Ray Chandler, Sr., initiated this action on February 11, 2016, by filing *pro se* a Prisoner Complaint (ECF No. 1).  On February 17, 2016, Magistrate Judge Gordon P. Gallagher entered an order (ECF No. 3) directing Mr. Chandler to cure a deficiency if he wanted to pursue any claims in this action.  Specifically, Magistrate Judge Gallagher directed Mr. Chandler to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with a certified copy of his trust fund statement for the six-month period immediately preceding the filing of the Complaint, or to pay the $400.00 filing fee.  Mr. Chandler was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

Plaintiff has failed to cure the deficiency within the time allowed and he has failed to respond in any way to Magistrate Judge Gallagher's February 17 order.  Therefore, the action will be dismissed without prejudice for failure to cure the deficiency.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. See *Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is **dismissed without prejudice** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiency as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  25th  day of  March            , 2016.

BY THE COURT:

  s/Lewis T. Babcock            
LEWIS T. BABCOCK, Senior Judge
United States District Court